BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-MJ-00384 |
| | ) | |
| Plaintiff, | ) | ORDER TO DISMISS |
| | ) | INFORMATION |
| v. | ) | |
| | ) | |
| ARCHIE STAFFORD JR., | ) | DATE: February 7, 2012 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Edmund F. Brennan |
| _____ | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the Information in the above captioned case is GRANTED.

IT IS SO ORDERED.

Dated: January 3, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE